UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

CORPUS CHRISTI INDEPENDENT SCHOOL
DISTRICT,

      Plaintiff,

  v.

AMRISC, LLC; CERTAIN UNDERWRITERS AT
LLOYDS, LONDON SUBSCRIBING TO
CERTIFICATE NOS. B123017AMR1042,
B123017AMR1139, and B123017AMR252 FORMING
PART OF POLICY NO. AMR-37265-03; INDIAN
HARBOR INSURANCE COMPANY; QBE
SPECIALTY INSURANCE COMPANY;
STEADFAST INSURANCE COMPANY; GENERAL
SECURITY INDEMNITY COMPANY OF
ARIZONA; UNITED SPECIALTY INSURANCE
COMPANY; LEXINGTON INSURANCE
COMPANY; PRINCETON EXCESS AND SURPLUS
LINES INSURANCE COMPANY;
INTERNATIONAL INSURANCE COMPANY OF
HANNOVER SE; AXIS SURPLUS INSURANCE
COMPANY; RSUI INDEMNITY COMPANY; FIRST
SPECIALTY INSURANCE CORPORATION; ARCH
SPECIALTY INSURANCE COMPANY;
EVANSTON INSURANCE COMPANY; ROCKHILL
INSURANCE COMPANY; SCOTTSDALE
INSURANCE COMPANY,

      Defendants.

Case No. 1:19-cv-00301 (ARR)

------------------------------------------------------------ X

## NOTICE OF MOTION TO STAY THIS ACTION AND COMPEL ARBITRATION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Stay This Action and Compel Arbitration, dated March 22, 2019, and the accompanying Declaration of Andrew W. Stern (with exhibits), Defendants AmRisc LLC, Certain Underwriters at Lloyd's, London subscribing to Certificate Nos.

B123017AMR1042, B123017AMR1139, and B123017AMR252 forming part of Policy No. AMR-37265-03; Indian Harbor Insurance Co.; QBE Specialty Insurance Co.; Steadfast Insurance Company; General Security Indemnity Co. of Arizona; United Specialty Insurance Co.; Lexington Insurance Co.; Princeton Excess & Surplus Lines Insurance Co.; International Insurance Co. of Hannover, SE; Axis Surplus Insurance Co.; RSUI Indemnity Co.; First Specialty Insurance Corporation; Arch Specialty Insurance Company; Evanston Insurance Company; Rockhill Insurance Company; and Scottsdale Insurance Company shall move this Court, before the Honorable Judge Allyne R. Ross, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, with oral argument on a date and time to be designated by the Court, for an Order staying this action and compelling Plaintiff to arbitrate the dispute pursuant to Plaintiff's Arbitration Demand, and granting such other and further relief as this Court deems just and proper in the above-captioned case, pursuant to Sections 3 and 4 of the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*

Dated: New York, New York
      March 22, 2019

                          SIDLEY AUSTIN LLP

                          By: /s/ *Andrew W. Stern*
                              Andrew W. Stern (astern@sidley.com)
                              Nicholas P. Crowell (ncrowell@sidley.com)
                              Benjamin F. Burry (bburry@sidley.com)
                              787 Seventh Avenue
                              New York, New York 10019
                              Telephone: (212) 839-5300
                              Facsimile:  (212) 839-5599

                          *Attorneys for Defendant Lexington Insurance Company*

ZELLE LLP

By: /s/ Brett A. Wallingford
   Brett A. Wallingford
   (bwallingford@zelle.com) (admitted
   *pro hac vice*)
   901 Main Street, Suite 4000
   Dallas, Texas 75202
   Telephone: (214) 742-3000
   Facsimile:  (214) 760-8994

*Attorneys for Defendants AmRisc LLC, Certain Underwriters at Lloyd's, London subscribing to Certificate Nos. B123017AMR1042, B123017AMR1139, and B123017AMR252 forming part of Policy No. AMR-37265-03; Indian Harbor Insurance Co.; QBE Specialty Insurance Co.; Steadfast Insurance Company; General Security Indemnity Co. of Arizona; United Specialty Insurance Co.; Lexington Insurance Co.; Princeton Excess & Surplus Lines Insurance Co.; International Insurance Co. of Hannover, SE; Axis Surplus Insurance Co.; RSUI Indemnity Co.; First Specialty Insurance Corporation; Arch Specialty Insurance Company; Evanston Insurance Company; Rockhill Insurance Company; and Scottsdale Insurance Company*